IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| B&L ENVIRONMENTAL, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 1:22-CV-00083-MJT-ZJH |
| | § | |
| v. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| THE TRAVELERS LLOYD | § | |
| INSURANCE COMPANY, TRACEY | § | |
| BEAUDOIN, AND DISHON | § | |
| INSURANCE AGENCY, | | |
| | | |
| Defendants. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred Plaintiff B&L Environmental's ("B&L") Motion for Remand [Dkt. 9] to Magistrate Judge Zack Hawthorn for consideration and disposition. [Dkt. 20]. On November 17, 2022, Judge Hawthorn issued a Report and Recommendation denying B&L's motion. [Dkt. 22]. The Court has received and considered the report. The parties have not filed objections to the report and recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1).

It is therefore **ORDERED** that Judge Hawthorn's Report and Recommendation Denying Plaintiff's Motion for Remand [Dkt. 22] is **ACCEPTED**, and Plaintiff B&L's Motion for Remand [Dkt. 9] is **DENIED**.

It is further **ORDERED** that Defendant Dishon Insurance Agency is **DISMISSED WITH PREJUDICE**.

**SIGNED this 7th day of December, 2022.**

Michael J. Truncale
United States District Judge